UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Katherine Gatsas</u>

    v.                  Case No. 05-cv-315-SM

<u>Manchester School District</u>

ORDER

Re: Document No. 39, Motion in Limine to Reinstate Count III, Retaliation Under Title VII and NH RSA 354-A

Ruling: Motion denied as moot, given that the court allowed plaintiff to amend her complaint to plead, more specifically, a valid retaliation claim, which amendment was filed. (Plaintiff filed a motion to reconsider summary judgment entered on her original retaliation claim, and persuasively argued that her actual claim was not fully presented in the complaint and no prejudice would befall defendant if a clarifying amendment were allowed.)

                                            Steven J. McAuliffe
                                            Chief District Judge

Date: November 14, 2007

cc: Leslie Johnson, Esq.
    Kathleen Peahl, Esq.