UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>Katherine Gatsas</u>

    v.                   Case No. 05-cv-315-SM

<u>Manchester School District</u>


<u>ORDER</u>

Re: Document No. 61, Motion to Amend [54] Amended Complaint

     Ruling:   Motion previously orally denied at pretrial conference. The proposed amendment would require further delay of the scheduled trial in an already aging case, raises new issues that would require reopening discovery, and appears to relate to a temporally unrelated matter. Moreover, defendant agrees to plaintiff's seeking compensatory damages through the jury's verdict, which would cover any injury (through verdict) claimed.

                                               _____
                                               Steven J. McAuliffe
                                               Chief District Judge

Date: November 14, 2007

cc:  Leslie Johnson, Esq.
     Kathleen Peahl, Esq.