UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Katherine Gatsas,
      Plaintiff

      v.                           Civil No. 05-cv-315-SM

Manchester School District a/k/a
Administrative Unit No. 37,
      Defendant

**O R D E R**

Plaintiff's assented to motion to allow Attorney Leslie H. Johnson to withdraw as counsel to plaintiff (document no. 102) is granted.

**SO ORDERED.**

                                        _____
                                        Steven J. McAuliffe
                                        Chief Judge

August 22, 2008

cc:   Leslie H. Johnson, Esq.
      Kathleen C. Peahl, Esq.